IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Mark Craft

Debtor

Case No.: 15-41129

Judge: Timothy A. Barnes

Chapter 13

## NOTICE OF MOTION

**TO**: Creditors on attached service list

**PLEASE TAKE NOTICE** that on **May 9, 2019, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, I will appear before the Honorable Timothy A. Barnes of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 744 at 219 South Dearborn, Chicago, Illinois and then and there present Debtor's MOTION TO MODIFY PLAN, a copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

/s/ Salvador J. Lopez

Salvador J. Lopez
ARDC # 6298522
Robson & Lopez, LLC
180 W. Washington, Ste 700
Chicago, IL 60602
(312) 523-2021

## CERTIFICATE OF SERVICE

I, Salvador J. Lopez, an attorney, certify that the above captioned Notice of Motion and Motion to Modify Plan were served upon the parties indicated by * via CM/ECF filing, and the remaining by either certified first class mail or first class mail, with postage prepaid, as identified on the below service list, on April 18, 2019, from 180 W. Washington, Chicago, IL 60602.

/s/ Salvador J. Lopez

## SERVICE LIST

*Marilyn Marshall
Chapter 13 Trustee
224 South Michigan, Suite 800
Chicago, IL 60604
courtdocs@chi13.com

*Patrick Layng
219 S. Dearborn
Room 873
Chicago, IL 60604
USTPRegional11.ES.ECF@usdoj.gov

*Sandra L. Makowka
David T. Cohen & Associates
10729 West 159th Street
Orland Park, IL 60467
smakowka@davidtcohenlaw.com
mcrawford@davidtcohenlaw.com
jvanheel@davidtcohenlaw.com
cfallara@davidtcohenlaw.com

Mark Craft, Debtor
7322 S. Vernon
Chicago, IL 60619
Via First Class Mail

**15-41129** Mark A Craft
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Honorable Judge:** Timothy A. Barnes
**Date filed:** 12/04/2015 **Date of last filing:** 01/25/2016

# Creditors

**Capiral One Auto Finance**
Attn: Bankruptcy
PO Box 259407
Plano, TX 75025-9407

(23993851)
(cr)

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

(23993852)
(cr)

**Cbna**
50 Northwest Point Road
Elk Grove Village, IL 60007

(23993853)
(cr)

**Cds/Escallate LLC**
Attn:Bankruptcy
5200 Stoneham Rd Ste 200
North Canton, OH 44720

(23993854)
(cr)

**Chase Card Services**
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850

(23993855)
(cr)

**City of Chicago (Water)**
Dept. of Finance/Billing
333 S. State, Suite 330
Chicago, IL 60604

(23993856)
(cr)

**Commonwealth Edison**
System Credit/ Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL 60523-1559

(23993857)
(cr)

**Commonwealth Edison Company**
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181

(24031166)
(cr)

**Cook County Treasurer**
118 N. Clark, Rm 112
Chicago, IL 60602

(23993858)
(cr)

**David T. Cohen & Associates**

Attn Bankruptcy  (23993859)
10729 W. 159th Street  (cr)
Orland Park, IL 60467

**Dept Of Ed/Navient**
Attn: Claims Dept  (23993860)
PO Box 9400  (cr)
Wilkes Barr, PA 18773

**TCF National Bank**
Attention Bankruptcy  (23993861)
1405 Xenium Lane North  (cr)
Plymouth, MN 55441

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/25/2016 18:34:03 | | | |
| **PACER Login:** | rl4198:4014615:0 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 15-41129 Creditor Type: cr |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Mark Craft

Case No.: 15-41129

Judge: Timothy A. Barnes

Chapter 13

Debtor

## DEBTOR'S MOTION TO MODIFY PLAN

Debtor, Mark Craft, moves the Court to approve a modification of his plan pursuant to 11 U.S.C. § 1329(a)(2) as set forth herein. The grounds for this motion are:

1. The debtor filed his case on December 4, 2015.

2. The debtor previously received a discharge in a chapter 7 case filed on July 31, 2012.

3. As such, debtor is not entitled to a discharge in this case, but needed to file to save his home from foreclosure.

4. Debtor's Chapter 13 Plan ("Plan") dated June 15, 2016 was confirmed on June 20, 2016.

5. The debtor is on payroll control.

6. Due to illness resulting from an accident, debtor has been forced to periodically miss work, which has led to missed or reduced payments under the payroll control order.

7. The debtor's plan currently has a "pot" remaining balance of $41,866.33, with 20 months left on debtor's plan, which would pay his general unsecured creditors at 60%.

8. Debtor's general unsecured creditors are limited to a student loan to Navient in the amount of $26,897.00, and a Commonwealth Edison bill in the amount of $1440.76.

9. However, since both Navient and Commonwealth Edison's remaining debt will survive the bankruptcy, there will be no prejudice to reducing the percentage paid to them under the plan.

10. Debtor's plan also pays off the mortgage on his home so that his family does not lose their home.

11. Debtor requests that the percentage paid to his general unsecured creditors be reduced to 10%, which would reduce his remaining plan "pot" to $30,531.22.

12. With twenty months remaining on his sixty-month plan, debtor proposes to increase his monthly plan payment to $1,527.

13. The debts to Navient and ComEd will survive the bankruptcy.

14. The payments to debtor's secured claims will remain unchanged.

WHEREFORE, the debtor prays that the Court enter an order:

a) Reducing the percentage to general unsecured creditors to 10%;

b) Reducing the remaining plan pot to $30,531.22

c) Increasing the monthly plan payment to $1,527.00;

d) Updating the payroll control order to reflect the increased payment;

e) Grant such other, further and different relief as may be just and proper.

Respectfully submitted,

/s/ Salvador J. Lopez

Attorney for Debtor

Salvador J. Lopez
ARDC # 6298522
Robson & Lopez LLC
180 W. Washington, Ste 700
Chicago IL, 60602
(312) 523-2021