UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Mark A Craft<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   15-41129<br><br>Chapter:  13<br>Honorable Timothy Barnes |

**ORDER MODIFYING DEBTOR'S CONFIRMED CHAPTER 13 PLAN**

Debtor's April 18, 2019, Motion to Modify the confirmed plan is granted, and IT IS HEREBY ORDERED:

Debtor's plan confirmed June 20, 2016, is hereby amended as follows:

a) Percentage to general unsecured creditors is amended to 10%;
b) Remaining plan pot is amended to $30,531.22;
c) Debtor's monthly plan payment for payment months 41-60 is amended to be $1,527.00;
d) The payroll control order shall be amended to reflect the payment in c) above.
e) The existing default is deferred.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  May 09, 2019

**Prepared by:**

Salvador J. Lopez
ARDC # 6298522
Robson & Lopez LLC
Attorneys for Debtors
180 W. Washington, Suite 700
Chicago, IL 60603